IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HUGO CORTEZ BERMUDEZ, | ) | |
| Petitioner, | ) | Civil Action No. 7:12-cv-00464 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

By Order entered October 31, 2012, the court conditionally filed Hugo Cortez Bermudez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Bermudez to complete a § 2241 petition form and either pay the filing fee or sign and return a consent to fee form within ten days of the entry of that order. The court advised Bermudez that failure to comply with the court's order would result in the dismissal of his action without prejudice.

As the time allowed for such response has elapsed and as Bermudez has failed to respond in any way to the court's order, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court. Bermudez is advised that he may re-file his claims in a separate action.

The Clerk of the Court is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTER:** This 28th day of November, 2012.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE